UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-26716-JPC |
| | § | |
| MARIANO BUHAY CASTILLO | § | |
| JESSICA MERCADO CASTILLO | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 05/17/2012, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/17/2012                 By:  /s/ David P. Leibowitz
                                              (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-26716-JPC |
| | § | |
| MARIANO BUHAY CASTILLO | § | |
| JESSICA MERCADO CASTILLO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $11,003.92
*and approved disbursements of* $157.27
*leaving a balance on hand of[1]:* $10,846.65

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $10,846.65

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,850.39 | $0.00 | $1,850.39 |
| David P. Leibowitz, Trustee Expenses | $2.64 | $0.00 | $2.64 |
| Lakelaw, Attorney for Trustee Fees | $1,437.50 | $0.00 | $1,437.50 |
| Lakelaw, Attorney for Trustee Expenses | $14.08 | $0.00 | $14.08 |

Total to be paid for chapter 7 administrative expenses: $3,304.61
Remaining balance: $7,542.04

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $7,542.04 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $7,542.04 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $52,966.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | MGM GRAND-TOWER B Unit Owners Assn | $714.53 | $0.00 | $101.74 |
| 4 | Real Time Resolutions, Inc. | $48,688.30 | $0.00 | $6,932.84 |
| 5 | Chase Bank USA, N.A. | $3,563.80 | $0.00 | $507.46 |

|  | Total to be paid to timely general unsecured claims: | $7,542.04 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Mariano Buhay Castillo  
Jessica Mercado Castillo  
    Debtors

Case No. 10-26716-JPC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: dpruitt      Page 1 of 3      Date Rcvd: Apr 18, 2012  
                       Form ID: pdf006      Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2012.

```
db/jdb     +Mariano Buhay Castillo,    Jessica Mercado Castillo,    7641 Park Avenue,    Skokie, IL 60077-2772
aty         Lakelaw,    David P Leibowitz,    Lakelaw,    420 West Clayton Street,    Waukegan, IL 60085-4216
15710162    America's Loan Servicing Co,    P.O. Box 1820,    Newark, NJ 07101-1820
15710163   +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
15710166   +Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
15848371   +CHASE BANK USA NA,    800 BROOKSEDGE BLVD,    WESTERVILLE OH 43081-2822
15710167   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16227221    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15710168   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15848372   #HEMATOGENIX LABORATORY SVCS,    18311 N CREEK DR STE A,    TINLEY PARK IL 60477-6204
16170533   +MC Software Inc,    7641 Park Ave,    Skokie,IL 60077-2772
16111101   +MGM GRAND-TOWER B Unit Owners Assn,    c/o Assessment Management Services,
             2655 S Rainbow Blvd Suite 105,    Las Vegas NV 89146-5100
15710171    NV Energy,    P.O. Box 30086,    Reno, NV 89520-3086
15710169   +National Default Servicing Corp,    7720 N. 16th Street,    Suite 300,    Phoenix, AZ 85020-7404
15710174    The Residences at MGM Grand Towers,    C/O Terra West Property Management,    P.O. Box 80900,
             Las Vegas, NV 89180-0900
15710175   +The Signature at MGM Grand,    145 E. Harmon Avenue,    Las Vegas, NV 89109-4504
15848373    UNITED MILEAGE PLUS,    PO BOX 15153,    WILMINGTON DE 19886-5153
15848374   +WEISS MEMORIAL HOSP,    ATTN PATIENT ACCTS,    4720 PAYSPHERE CIRCLE,    CHICAGO IL 60674-0047
15710177  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
             MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
            (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
15710176   +Weiss Memorial Hospital,    P.O. Box 830913,    Birmingham, AL 35283-0913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15710164   +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Apr 19 2012 01:20:05     Aurora Loan Services I,
             10350 Park Meadows Dr St,    Littleton, CO 80124-6800
15710165   +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Apr 19 2012 01:20:05     Aurora Loan Servicing,
             10350 Park Meadows Drive,    Littleton, CO 80124-6800
15710170   +E-mail/Text: bankrup@nicor.com Apr 19 2012 00:42:23     Nicor Gas,    1844 Ferry Road,
             Naperville, IL 60563-9600
16167131    E-mail/Text: bkdepartment@rtresolutions.com Apr 19 2012 03:13:03     Real Time Resolutions, Inc.,
             1750 Regal Row Suite 120,    PO Box 36655,    Dallas Texas 75235
15710172    E-mail/Text: bkdepartment@rtresolutions.com Apr 19 2012 03:13:03     Real Time Resolutions,
             1750 Regal Row,    Suite 120,    Dallas, TX 75235-2287
15710173   +E-mail/Text: bkdepartment@rtresolutions.com Apr 19 2012 03:13:03     Real Time Resolutions,
             P.O. Box 36655,    Dallas, TX 75235-1655
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16170532   ##+Assessment Management Service,    2655 S. Rainbow Blvd,    Ste 105,    Las Vegas,NV 89146-5100
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
 District/off: 0752-1           User: dpruitt               Page 2 of 3                   Date Rcvd: Apr 18, 2012
                                Form ID: pdf006            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2012**          **Signature:**      _Joseph Speetjens_

```
District/off: 0752-1           User: dpruitt              Page 3 of 3                  Date Rcvd: Apr 18, 2012
                               Form ID: pdf006            Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2012 at the address(es) listed below:
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Jose G Moreno    on behalf of Creditor  America's Servicing Company nd-one@il.cslegal.com
          Kenneth K Ditkowsky    on behalf of Debtor Mariano Castillo kenditkowsky@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Yanick  Polycarpe    on behalf of Creditor  Aurora Loan Services, Inc. ypolycarpe@atty-pierce.com,
           northerndistrict@atty-pierce.com
                                                                                           TOTAL: 5