**UNITED STATES BANKRUPTCY COURT1**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-26716-JPC |
| | § | |
| MARIANO BUHAY CASTILLO | § | |
| JESSICA MERCADO CASTILLO | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $181,200.00 | Assets Exempt: | $281,700.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $7,542.04 | Claims Discharged Without Payment: | $141,041.07 |
| Total Expenses of Administration: | $3,461.88 | | |

3) Total gross receipts of $11,003.92 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $11,003.92 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,276,054.63 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,461.88 | $3,461.88 | $3,461.88 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $99,989.48 | $53,681.16 | $52,966.63 | $7,542.04 |
| **Total Disbursements** | $1,376,044.11 | $57,143.04 | $56,428.51 | $11,003.92 |

4). This case was originally filed under chapter 7 on 06/13/2010. The case was pending for 30 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/17/2012     By:   /s/ David P. Leibowitz
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2005 Lexus RX 330 | 1129-000 | $11,000.00 |
| Interest Earned | 1270-000 | $3.92 |
| **TOTAL GROSS RECEIPTS** | | **$11,003.92** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americas Servicing Co | 4110-000 | $433,999.00 | NA | $0.00 | $0.00 |
| | Aurora Loan Services I | 4110-000 | $43,862.00 | NA | $0.00 | $0.00 |
| | Aurora Loan Servicing | 4110-000 | $237,844.63 | NA | $0.00 | $0.00 |
| | National Default Servicing Corp | 4110-000 | $434,000.00 | NA | $0.00 | $0.00 |
| | Wells Fargo Hm Mortgag | 4110-000 | $126,349.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,276,054.63** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,850.39 | $1,850.39 | $1,850.39 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.64 | $2.64 | $2.64 |
| International Sureties, Ltd | 2300-000 | NA | $17.30 | $17.30 | $17.30 |
| Green Bank | 2600-000 | NA | $139.97 | $139.97 | $139.97 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,437.50 | $1,437.50 | $1,437.50 |
| Lakelaw, Attorney for Trustee | 3220-000 | NA | $14.08 | $14.08 | $14.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$3,461.88** | **$3,461.88** | **$3,461.88** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | MGM GRAND-TOWER B Unit Owners Assn | 7100-000 | NA | $714.53 | $714.53 | $0.00 |
| 3 | MGM GRAND-TOWER B Unit Owners Assn | 7100-000 | NA | $714.53 | $0.00 | $0.00 |
| 4 | Real Time Resolutions, Inc. | 7100-000 | NA | $48,688.30 | $48,688.30 | $7,027.64 |
| 5 | Chase Bank USA, N.A. | 7100-000 | $4,373.00 | $3,563.80 | $3,563.80 | $514.40 |
|  | Bank Of America | 7100-000 | $92,378.00 | NA | NA | $0.00 |
|  | Citi | 7100-000 | $2,183.00 | NA | NA | $0.00 |
|  | Nicor Gas | 7100-000 | $33.00 | NA | NA | $0.00 |
|  | NV Energy | 7100-000 | $219.13 | NA | NA | $0.00 |
|  | The Signature at MGM Grand | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Weiss Memorial Hospital | 7100-000 | $803.35 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $99,989.48 | $53,681.16 | $52,966.63 | $7,542.04 |

Case 10-26716 Doc 53 Filed 12/18/12 Entered 12/18/12 12:23:34 Desc Main
Document Page 5 of 10

FORM 1

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 10-26716-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CASTILLO, MARIANO BUHAY AND CASTILLO, JESSICA MER | | Date Filed (f) or Converted (c): | 06/13/2010 (f) |
| For the Period Ending: | 12/17/2012 | | §341(a) Meeting Date: | 08/25/2010 |
| | | | Claims Bar Date: | 12/15/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  340 Windsor Ridge Avenue, Las Vegas NV 89183 | $0.00 | $0.00 | | $0.00 | FA |
| 2  MGM Tower 2, Unit 720, Las Vegas, NV | Unknown | $0.00 | | $0.00 | FA |
| 3  7641 Park, Skokie, Illiinois | $215,000.00 | $58,651.00 | | $0.00 | FA |
| 4  Bank of America Checking/Savings | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 5  Fidelity Investments | $2,000.00 | $0.00 | | $0.00 | FA |
| 6  Chase Business Account | $6,000.00 | $0.00 | | $0.00 | FA |
| 7  Location: 7641 Park Avenue, Skokie, IL 60007 | $500.00 | $0.00 | | $0.00 | FA |
| 8  Allstate Insurance Policy | Unknown | $0.00 | | $0.00 | FA |
| 9  Ameritrade | $3,000.00 | $0.00 | | $0.00 | FA |
| 10  Employment Pension | $230,000.00 | $0.00 | | $0.00 | FA |
| 11  Location: 7641 Park Avenue, Elk Grove Village IL 60007 | Unknown | $0.00 | | $0.00 | FA |
| 12  2005 Lexus RX 330 | $0.00 | $6,200.00 | | $11,000.00 | FA |
| 13  Trade Toold For MC Software, Inc | $600.00 | $0.00 | | $0.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $3.92 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                      **Gross Value of Remaining Assets**

                                           $458,100.00            $65,851.00                             $11,003.92                  $0.00

**Major Activities affecting case closing:**

Requested accounting of S corp, statements for ameritrade acct and copy of title for lexus.

Car is at debtor house in Garage. Debtor wrote checks from S Corp to himself. Bank accounts need to be amended for husband only. Need to object to exemptions must schedule State farm account. Vehicle will be sold and debtor receive 4800 exemption. Need balance sheet as of June 2010 of S Corp.

Review of claims

TFR to be completed.

TFR to be completed

complete TFR

Supplemental distribution per returned check.

Supplemental distribution

Supplemental distribution made

Prepare TDR

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 04/30/2012 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 04/30/2012 | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-26716-JPC | **Trustee Name:** David Leibowitz |
| **Case Name:** | CASTILLO, MARIANO BUHAY AND CASTILLO, JESSICA MERCADO | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | ******4853 | **Checking Acct #:** ******1601 |
| **Co-Debtor Taxpayer ID #:** | ******4854 | **Account Title:** DDA |
| **For Period Beginning:** | 6/13/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 12/17/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $10,995.08 | | $10,995.08 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.43 | $10,991.65 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $15.44 | $10,976.21 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $17.71 | $10,958.50 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $18.25 | $10,940.25 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $16.51 | $10,923.74 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $17.05 | $10,906.69 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $17.60 | $10,889.09 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $17.57 | $10,871.52 |
| 02/16/2012 | 5001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $8.46 | $10,863.06 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $16.41 | $10,846.65 |
| 05/25/2012 | 5002 | Lakelaw | Claim #: ; Amount Claimed: 1,437.50; Amount Allowed: 1,437.50;  Distribution Dividend: 100.00; | 3110-000 | | $1,437.50 | $9,409.15 |
| 05/25/2012 | 5003 | Lakelaw | Claim #: ; Amount Claimed: 14.08; Amount Allowed: 14.08;  Distribution Dividend: 100.00; | 3220-000 | | $14.08 | $9,395.07 |
| 05/25/2012 | 5004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.64 | $9,392.43 |
| 05/25/2012 | 5005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,850.39 | $7,542.04 |
| 05/25/2012 | 5006 | MGM GRAND-TOWER B Unit Owners Assn | Claim #: 2; Amount Claimed: 714.53; Amount Allowed: 714.53;  Distribution Dividend: 14.24; | 7100-000 | | $101.74 | $7,440.30 |
| 05/25/2012 | 5007 | Real Time Resolutions, Inc. | Claim #: 4; Amount Claimed: 48,688.30; Amount Allowed: 48,688.30; Distribution Dividend: 14.24; | 7100-000 | | $6,932.84 | $507.46 |
| 05/25/2012 | 5008 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 3,563.80; Amount Allowed: 3,563.80;  Distribution Dividend: 14.24; | 7100-000 | | $507.46 | $0.00 |
| 06/12/2012 | 5006 | VOID: MGM GRAND-TOWER B Unit | Check returned by creditors. Over payment on account. | 7100-003 | | ($101.74) | $101.74 |
| 10/01/2012 | 5009 | Real Time Resolutions, Inc. | Claim #: 4; Amount Claimed: 48,688.30; Amount Allowed: 48,688.30; Distribution Dividend: 14.43; | 7100-000 | | $94.80 | $6.94 |
| 10/01/2012 | 5010 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 3,563.80; Amount Allowed: 3,563.80;  Distribution Dividend: 14.43; | 7100-000 | | $6.94 | $0.00 |

**SUBTOTALS** $10,995.08  $10,995.08

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 10-26716-JPC | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | CASTILLO, MARIANO BUHAY AND CASTILLO, JESSICA MERCADO | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******4853 | | **Checking Acct #:** | ******1601 |
| **Co-Debtor Taxpayer ID #:** | ******4854 | | **Account Title:** | DDA |
| **For Period Beginning:** | 6/13/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/17/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $10,995.08 | $10,995.08 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $10,995.08 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $10,995.08 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $10,995.08 | |

**For the period of  6/13/2010 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $10,995.08 |
| | |
| Total Compensable Disbursements: | $10,995.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $10,995.08 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $10,995.08 |
| | |
| Total Compensable Disbursements: | $10,995.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $10,995.08 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 10-26716-JPC | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | CASTILLO, MARIANO BUHAY AND CASTILLO, JESSICA MERCADO | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******4853 | | **Checking Acct #:** | ******6716 |
| **Co-Debtor Taxpayer ID #:** | ******4854 | | **Account Title:** | |
| **For Period Beginning:** | 6/13/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/17/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 6/13/2010 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/05/2010 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 10-26716-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CASTILLO, MARIANO BUHAY AND CASTILLO, JESSICA MERCADO | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4853 | | Money Market Acct #: | ******6716 |
| Co-Debtor Taxpayer ID #: | ******4854 | | Account Title: | |
| For Period Beginning: | 6/13/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/05/2010 | (12) | W.O.C. INC | Liquidation of 2005 RX 330 | 1129-000 | $11,000.00 | | $11,000.00 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.30 | | $11,000.30 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.45 | | $11,000.75 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.47 | | $11,001.22 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.47 | | $11,001.69 |
| 02/04/2011 | 2001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $8.84 | $10,992.85 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.42 | | $10,993.27 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.47 | | $10,993.74 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.45 | | $10,994.19 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.47 | | $10,994.66 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.42 | | $10,995.08 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $10,995.08 | $0.00 |
| | | | **TOTALS:** | | $11,003.92 | $11,003.92 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $10,995.08 | |
| | | | Subtotal | | $11,003.92 | $8.84 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $11,003.92 | $8.84 | |

| For the period of 6/13/2010 to 12/17/2012 | | For the entire history of the account between 10/05/2010 to 12/17/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $11,003.92 | Total Compensable Receipts: | $11,003.92 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,003.92 | Total Comp/Non Comp Receipts: | $11,003.92 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8.84 | Total Compensable Disbursements: | $8.84 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8.84 | Total Comp/Non Comp Disbursements: | $8.84 |
| Total Internal/Transfer Disbursements: | $10,995.08 | Total Internal/Transfer Disbursements: | $10,995.08 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

Exhibit 9

| | |  | |
|---|---|---|---|
| **Case No.** | 10-26716-JPC | **Trustee Name:** | David Leibowitz |
| **Case Name:** | CASTILLO, MARIANO BUHAY AND CASTILLO, JESSICA MERCADO | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******4853 | **Money Market Acct #:** | ******6716 |
| **Co-Debtor Taxpayer ID #:** | ******4854 | **Account Title:** | |
| **For Period Beginning:** | 6/13/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/17/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $11,003.92 | $11,003.92 | $0.00 |

**For the period of 6/13/2010 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $11,003.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,003.92 |
| Total Internal/Transfer Receipts: | $10,995.08 |
| | |
| Total Compensable Disbursements: | $11,003.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,003.92 |
| Total Internal/Transfer Disbursements: | $10,995.08 |

**For the entire history of the case between 06/13/2010 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $11,003.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,003.92 |
| Total Internal/Transfer Receipts: | $10,995.08 |
| | |
| Total Compensable Disbursements: | $11,003.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,003.92 |
| Total Internal/Transfer Disbursements: | $10,995.08 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ